The People of the State of Illinois, Plaintiff-Appellee, *v.* Kenneth R. Childerson, Defendant-Appellant.

(No. 73-399;

Fifth District—May 6, 1975.

Opinion by Mr. JUSTICE KARNS.

Kenneth R. Childerson, *pro se.*

Douglas Marti, State's Attorney, of Greenville (Bruce D. Irish, of Illinois State's Attorneys Association, of counsel), for the People.